In the Matter of the Petition of HORACE HEFFERNAN to Have Determined and Enforced an Attorney's Lien. S. M. & J. EISENSTADT, INC., Appellant; HORACE HEFFERNAN, Petitioner, Respondent.— Appeal from an order of the Fulton County Special Term of the Supreme Court, fixing petitioner's lien for disbursements and attorney's fees at the sum of $298.53, the same to be satisfied and deducted from $600 now in the hands of the attorney, collected through his activity, on a judgment wherein appellant, a dissolved corporation, was the judgment creditor. Appellant has been represented in this matter by several attorneys. Petitioner establishes a retainer, and shows that substantial services were rendered by him, and that he obtained and now holds the fund. Order unanimously affirmed, with ten dollars costs and disbursements. [See, also, *Matter of Eisenstadt, Inc.*, v. *Heffernan*, 256 App. Div. 488; *Matter of Young, ante*, p. 878.]

WILLIAM RILEY and DUBOIS RILEY, Copartners, Doing Business under the Firm Name and Style of RILEY BROTHERS, Respondents, v. WASHINGTON MARKET COLD STORAGE CORP., Appellant.— Appeal from an order denying change of place of trial from Greene county to New York county. Order unanimously affirmed, with ten dollars costs and disbursements.

BEATRICE TURTURRO, Respondent, v. MICHAEL TURTURRO, Appellant.— Appeal from an order of the Ulster County Special Term of the Supreme Court, granting alimony during the pendency of the action, and counsel fees, in a separation action. Order unanimously affirmed, with ten dollars costs and disbursements, upon condition that the alimony shall cease at the first Trial or Special Term at which the defendant is not in arrears in the payment of alimony or counsel fees, and moves the trial of the action.

GEORGE E. MUTH, Respondent, v. FITZGERALD BROTHERS BREWING COMPANY, Appellant, and EARL R. DEFORGE, Defendant. MARGARET C. MUTH, Respondent, v. FITZGERALD BROTHERS BREWING COMPANY, Appellant, and EARL R. DEFORGE, Defendant.— The automobile collision happened at the intersection of Consaul road, Schenectady, a paved east and west street, with Elliott avenue, a north and south street. Defendant-appellant's truck was proceeding westerly on Consaul road, followed by an automobile driven by the defendant DeForge. Appellant's driver for the purpose of turning into Elliott avenue stopped suddenly, without notice or signal, and DeForge was forced into the east lane of traffic of Consaul road where his automobile struck and overturned plaintiff's automobile. The evidence sustains the verdicts. Judgments and orders unanimously affirmed, with one bill of costs.